UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**           )  Magistrate Docket No. 20MJ1050
                          Plaintiff,    )
                                        )
                    v.                  )  COMPLAINT FOR VIOLATION OF:
                                        )
                                        )  Title 8, USC 1324(a)(1)(A)(ii)
                                        )  Transportation of Illegal Aliens
                                        )
Nicholas Topel PARKER,                  )
                                        )
                                        )
                                        )
                                        )
                         Defendant.     )

The undersigned complainant being, duly sworn, states:

On or about March 6, 2020, within the Southern District of California, defendant Nicholas Topel PARKER, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Cesar SALAZAR-Vargas and Nicasio SUAREZ-Mendoza, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 9th DAY OF March, 2020.

ALLISON H. GODDARD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Nicholas Topel PARKER

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Cesar SALAZAR-Vargas and Nicasio SUAREZ-Mendoza, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 6, 2020, Border Patrol Agent A. Aleman was conducting assigned duties in the Campo Border Patrol Station's area of responsibility. At approximately 9:45 AM, Agent Aleman, who was parked near the intersection of State Route 94 and Tierra Del Sol Road, observed a gold Honda Accord driving westbound on State Route 94. A few minutes later, Agent Aleman saw the same vehicle driving eastbound on State Route 94 and decided to follow the vehicle. Agent Aleman noticed that the vehicle appeared to be heavily laden in the rear, which he did not notice the first time he had observed the vehicle.

Record checks revealed that the Accord is registered out of Rancho Cucamonga, California. Agent Aleman continued following the Accord, driven by the defendant, later identified as Nicholas Topel PARKER. As PARKER approached the Old Highway 80 Border Patrol Checkpoint, Agent Aleman asked that the agents working at the checkpoint be notified of the incoming vehicle, which he was closely behind.

Border Patrol Agent J. Lara, who was standing at the primary inspection booth, conducted an immigration inspection. PARKER stated he was a United States citizen. Agent Lara then advised Agent Aleman that there were two individuals, later identified as material witnesses Cesar SALAZAR-Vargas and Nicasio SUAREZ-Mendoza, lying down in the back seat of the vehicle. Agent Aleman could see that both SALAZAR and SUAREZ had pieces of carpet tied to their shoes. Agent Aleman conducted an immigration inspection on SALAZAR and SUAREZ. SALAZAR and SUAREZ stated that they are citizens of Mexico without any immigration documents which would allow them to enter or remain in the United States legally. At approximately 10:15 AM, Agent Aleman placed SALAZAR, SUAREZ and PARKER under arrest.

Defendant Nicholas Topel PARKER was advised of his Miranda rights. PARKER stated he understood his rights and was willing to answer questions without an attorney present. PARKER stated that his sole purpose of being in the Campo Border Patrol Station's area of responsibility was to smuggle illegal aliens. PARKER stated that he came in contact with an

**CONTINUATION OF COMPLAINT:**
Nicholas Topel PARKER

individual through an unnamed friend. PARKER stated that he wanted to make some extra money to help pay for school. PARKER stated that he was told it was "good money" by this individual, so PARKER agreed to do the job. PARKER stated that this morning he was instructed through iMessage to drive to San Diego to pick up two individuals. PARKER stated he was unaware that the individuals he was supposed to pick up were illegal, but had a feeling something was off when he passed the Border Patrol Checkpoint on Interstate 8. PARKER was instructed, via phone call, to pick the individuals up near a dirt road where they would be on the side of the road flagging him down. PARKER picked up the individuals and they laid down in the back seat. PARKER was instructed to drop the individuals off at an address in Pine Valley, California. PARKER continued to get back on Interstate 8 west bound with the two individuals when he noticed a cop behind him. PARKER then decided to get off of the interstate to see if the cop would follow.

Material witnesses Cesar SALAZAR-Vargas and Nicasio SUAREZ-Mendoza stated they are citizens of Mexico illegally present in the United States. SALAZAR and SUAREZ stated they made smuggling arrangements. SALAZAR stated he had agreed to pay approximately $8,000 USD to be smuggled into the United States. SALAZAR stated they were guided by phone to a paved road where they were given the description of the vehicle that was going to pick them up. SUAREZ was told that a vehicle would pick them up near the road and that the vehicle would honk when it arrived. SUAREZ stated that after waiting all night for the vehicle, a brown or gray four-door sedan arrived near his location and honked once. Both SALAZAR and SUAREZ entered the vehicle and laid down in the back seat.

**Executed on March 7, 2020 at 10:00 AM.**

Joshua Johnson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 6, 2020, in violation of 8 USC 1324(a)(1)(A)(ii).

Allison H. Goddard
ALLISON H. GODDARD
United States Magistrate Judge

12:34 PM, Mar 7, 2020
Date/Time